UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                        CASE NO. 09 B 21322
                                                             CHAPTER 13

MICHAEL S HORTON
KYNA A HORTON                            JUDGE JACQUELINE P COX

          DEBTORS                          **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** BENEFICIAL MORTGAGE CO OF IL

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 42 | 2669 | $604.94 | $604.94 | $604.94 |
| Total Amount Paid by Trustee | | | | | $604.94 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-21322-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 2nd day of September, 2014.

Debtor:
MICHAEL S HORTON
KYNA A HORTON
8108 S AVALON
CHICAGO, IL  60619

Attorney:
JASON BLUST LLC
211 W WACKER DR #200
CHICAGO, IL  60606
via Clerk's ECF noticing procedures

Mortgage Creditor:
BENEFICIAL FINANCE
% FREEDMAN ANSELMO &
LINDBERG
1771 W DIEHL RD
PO BOX 3216
NAPERVILLE, IL  60566

Creditor:
BENEFICIAL MORTGAGE CO OF IL
636 GRAND REGENCY BLVD
BRANDON, FL  33510

Mortgage Creditor:
BENEFICIAL MORTGAGE CO OF IL
PO BOX 21188
EAGAN, MN  55121-4201

Mortgage Creditor:
HSBC FINANCE CORPORATION
PO BOX 829009
DALLAS, TX  75382

Mortgage Creditor:
BENEFICIAL ILLINOIS INC
PO BOX 829009
DALLAS, TX  75382-9009

ELECTRONIC SERVICE - United States Trustee

Date:  September 02, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603